Learie A. DALY, Petitioner–Appellant,

v.

John ASHCROFT, Attorney General, Respondent–Appellee.

No. 02–7073.

United States Court of Appeals, Fourth Circuit.

Submitted Oct. 10, 2002.

Decided Oct. 22, 2002.

Learie A. Daly, Appellant Pro Se.

Before LUTTIG, DIANA GRIBBON MOTZ, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Learie A. Daly appeals the district court's order denying relief on his petition filed under 28 U.S.C. § 2241 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Daly v. Ashcroft,* No. CA–02–2087–AMD (D.Md. July 1, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*